IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

V.     : CRIM. NO. 00-40 Erie

DAVID LEE HODGES

**ORDER**

AND NOW, this 3rd day of February, 2006, it appearing to the Court that the above-captioned case has been terminated with no pending appeals, IT IS HEREBY ORDERED that the pleadings/case impounded in the Office of the Clerk of Court be returned to the closed filing system of the Clerk's Office.

The pleadings/case is to remain sealed with a copy of this Order attached to the envelope and to the file folder. Anyone desiring to view the impounded pleadings/case shall file a request with the Clerk with notification to all parties. This file/pleading is to remain sealed for the next 20 years.

Document: 16

**Sean J. McLaughlin**

Digitally signed by Sean J. McLaughlin
DN: cn=Sean J. McLaughlin, c=US, o=United States District Court, ou=United States District Judge
Date: 2006.02.03 11:05:17 -05'00'

US District Judge Sean J. Mclaughlin